BD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS,**
**WACO DIVISION**

| | | |
|---|---|---|
| **JOE OLINICK,**<br>**Plaintiff,** | §<br>§<br>§ | |
| **v.** | § | **CIVIL ACTION NO. W-11-CA-00152** |
| **WYSE FINANCIAL SERVICES INC., et al.,**<br>**Defendants.** | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is the Motion for Leave to File Amended Complaint submitted by the Plaintiff, Joe Olinick. Having reviewed the motion and the applicable legal authority, the Court finds that the motion has merit and should be granted.

Olinick filed the instant motion on November 18, 2011. As of the date of this order, the Defendants have not filed a response. Pursuant to this Court's Local Rules, the Court will grant the motions as unopposed. *See* W.D. Tex. Civ. R. 7(d). Accordingly, it is

**ORDERED** that the Motion for Leave to File Amended Complaint is **GRANTED**. It is further

**ORDERED** that Olinick file the Amended Complaint with the Clerk of the Court within ten (10) days of the date of this Order.

**SIGNED** this 20th day of December, 2011.

Walter S. Smith

**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**