# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **JOE OLINICK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:11-cv-152 |
| | § | |
| **WYSE FINANCIAL SERVICES, INC.** | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day came to be considered the Stipulation of Dismissal filed by Plaintiff, Joe Olinick ("Plaintiff"), and Defendant, Wyse Financial Services, Inc. ("Defendant").

The Court is of the opinion that said motion is *well* taken that it should be, and is hereby, GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims and causes of action that were, or could have been asserted against Defendant are hereby dismissed with prejudice. Furthermore, all costs shall be borne by the party incurring the same.

SIGNED on this the _____ day of _____, 2012.

 

_____
JUDGE PRESIDING

**APPROVED AND ENTRY REQUESTED:**

**BUSH & RAMIREZ, LLC**

//s// Keith Wier
Keith Wier; SBN: 21436100
Fed. I.D. 7930
5615 Kirby Dr., Suite 900
Houston, TX 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077

**ATTORNEYS FOR DEFENDANT,
NATIONAL CREDIT SYSTEMS, INC**.

**WEISBERG & MEYERS, LLC**

//s// Dennis R. Kurz
Dennis R. Kurz
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77002
Telephone: (888) 595-9111 ext. 412
Facsimile: (866) 565-1327
**ATTORNEY FOR PLAINTIFF,
JOE OLINICK**