IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOE OLINICK, § § | |
| Plaintiff, § § | |
| v. § | CASE NO. 6:11-cv-152 |
| § | |
| WYSE FINANCIAL SERVICES, INC. § § | |
| Defendant. § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

On this day came to be considered the Stipulation of Dismissal filed by Plaintiff, Joe Olinick ("Plaintiff"), and Defendant, Wyse Financial Services, Inc. ("Defendant").

The Court is of the opinion that said motion is *well* taken that it should be, and is hereby, GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims and causes of action that were, or could have been asserted against Defendant are hereby dismissed with prejudice. Furthermore, all costs shall be borne by the party incurring the same.

SIGNED on this the 9th day of February, 2012.

_____
JUDGE PRESIDING